## AFFIDAVIT

1. Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and has been employed in that capacity since September 2007. Your affiant is currently assigned to the Denver Division of the FBI, Grand Junction Resident Agency, and has primary investigative responsibility for Federal crimes occurring within the United States; including violent crimes, threatening communications, and bomb threats.  The information set forth in this affidavit has been derived from an investigation conducted by FBI Special Agent W. Monty Waldron and/or communicated to him by other sworn Law Enforcement Officers, particularly from the San Miguel County Sheriff's Office.  This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and therefore does not set forth all of my knowledge about this matter.

2. The information contained in this affidavit is a compilation of information developed during an investigation conducted by the San Miguel County Sheriff's Office, myself, and other federal agents.

3. This affidavit supports a criminal complaint charging Bryan Randolph Cornwell, with a year of birth of 1983, hereinafter referred to as "Cornwell" with a violation of Title 18, United States Code, Section 844(e), which prohibits the use of the mail, telephone, telegraph or other instrument of interstate or foreign commerce, or in or affecting interstate or foreign commerce, to willfully make any threat concerning an attempt or alleged attempt to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle or other real or personal property by means of fire or an explosive.

## FACTS OF THE INVESTIGATION

4.      On or about February 16, 2022, Brittany Roman (Roman) of Norwood, Colorado died as a result of a suspected fentanyl drug overdose.  Roman's boyfriend, Cornwell, has been identified by the San Miguel County Sheriff's Office as a person of interest related to Roman's death.  As a result of Cornwell's interaction with the investigation by the San Miguel County Sheriff's Office, law enforcement have observed and reported that Cornwell has become increasingly agitated.  Cornwell has sent threatening text messages to include text messages to San Miguel County Sheriff's Office Investigator Blayde Harrington.  On the morning of May 20, 2022, Cornwell sent Investigator Harrington two text messages stating, in relevant part, the following:

"I'm" fucking done."

"People are going to die because of you.  I'm taking another and I'm going to blow up your station Chris's and Mckenna the lone cone and the bike shop.  I've got 800lbs ready to go you cock sucker"

5.      After speaking with law enforcement officers with the San Miguel County Sheriff's Office, your affiant is aware that individuals with the first names of "Chris" and "Mckenna" are the first names of two individuals involved in the investigation of Roman's death. Further, your affiant is aware that the "Lone Cone" is a restaurant in Norwood, Colorado. The "Lone Cone" is the restaurant that Roman worked at for approximately one month prior to her death.  Based on your affiant's training and experience, discussions with local law enforcement, and the context of the text messages, your affiant believes that "your

station" refers to Investigator Harrington's station, or the San Miguel Sheriff's Office located in Telluride, Colorado.

6.       On May 20, 2022, Investigator Harrington sent your affiant a screen shot of the above captioned text message.  The screen shot is detailed below.



7.       The telephone number Cornwell used to send the above captioned threatening communications is (970) 729-1584.  Databases available to law enforcement showed that

this telephone number is associated with cellular provider T-Mobile.  San Miguel County

Sheriff's Office Investigator Harrigan advised that following the death of Roman, a search

warrant was executed on Cornwell's Samsung Galaxy A32 cellular telephone bearing IMEI

357157883921048 that was identified as being the device associated with (970) 729-1584.

This phone has since been returned to Cornwell.  Investigator Harrigan advised that he has

received calls, voicemails and text messages from Cornwell who called and/or text

messaged utilizing telephone number (970) 729-1584.

8.      On May 20, 2022, your affiant conducted a law enforcement database search

via Accurint for telephone number (970) 729-1584.  The search revealed that this number is

associated with "Bryan R Cornwell" with a given address of 6972 Valley Pike, Middletown,

Virginia.  The Accurint report also revealed a current address for Cornwell as being 1415

Spruce Street, Norwood, Colorado.  A query of Colorado Driver's License information

revealed that Cornwell's listed address is 1415 Spruce Street, Norwood, Colorado.

9.      On May 20, 2022, your affiant learned that Cornwell had previously worked

as a ski patroller for Telluride Ski and Golf.  On February 21, 2022, Cornwell was

terminated from his position because he failed a urine analysis drug test.  Investigators from

the San Miguel County Sheriff's Office interviewed a pyrotechnician at Telluride Ski and

Golf in March 2022.  During that contact they learned that during his employment Cornwell

had assisted in handling explosives that were used during the course of avalanche control

and mitigation.

10.     On May 20, 2022, your affiant learned that Cornwell had a marijuana grow

at his residence. Based on your affiant's training and experience, your affiant is aware that

fertilizer is commonly used in marijuana grow operations. You affiant has prior experience working with explosives in the United States Army and is aware that certain types of fertilizer may be converted into an explosive device with the presence of a blasting cap and a booster charge.

11.     Your affiant is aware through training and experience that a cellular device is an instrument of interstate commerce; specifically, that a cell phone has the capability to access a cellular network that extends throughout the fifty states and abroad, and that the vast majority of cellular phone transmissions do indeed pass beyond the borders of any particular state prior to receipt by end recipients.

12.     This affidavit in support of a Criminal Complaint has been reviewed and approved by Supervisory Assistant United States Attorney Jeff Graves of the United States Attorney's Office in Durango, Colorado.

13.     Based on the above information, I have reason to believe that Bryan Cornwell, born in 1983 who resides in Norwood, Colorado, committed this offense in violation of violation of Title 18, United States Code, Section 844(e).

Respectfully submitted,

 /s/ W. Money Waldron
W. Monty Waldron,
FBI Special Agent

Subscribed and sworn to before me this  _20th_  day of May 2022.

HON. GORDON P. GALLAGHER
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO